## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 28, 2024

_____

### N O T I C E

_____

No. 24-1894,   <u>Andrew Findlay v. GeoQuip, Inc.</u>
                2:24-cv-00147-LRL

TO: Counsel

It appears that the joint appendix in this case contains references to information that should be redacted pursuant to Local Rule 25(c)(3)(C).

Personal data identifying information, such as an individual's social security number, an individual's tax identification number, a minor's name, a person's birth date, a financial account number, must be excluded or partially redacted from filings in accordance with FRAP 25(a)(5).

Please file the corrected joint appendix by 11/04/2024. Corrected paper copies are not required.

Emily Borneisen, Deputy Clerk
804-916-2704