November 4, 2024

_____

# N O T I C E
_____

No. 24-1894,   <u>Andrew Findlay v. GeoQuip, Inc.</u>
          2:24-cv-00147-LRL

TO: Counsel

It appears that the joint appendix in this case contains references to information that should be redacted pursuant to Local Rule 25(c)(3)(C).

Please file the corrected joint appendix by 11/12/2024. Personal data identifying information, such as an individual's social security number, an individual's tax identification number, a minor's name, a person's birth date, a financial account number, must be excluded or partially redacted from filings in accordance with FRAP 25(a)(5).

***Please note that the redaction of a person's home address is applicable in a <u>criminal</u> case**.

Emily Borneisen, Deputy Clerk
804-916-2704